UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAMARIS JUSTINIANO, as the
Personal Representative of the Estate of
WILFREDO JUSTINIANO, JR.,

    Plaintiff,

v.

STEPHEN WALKER, and TIMOTHY P.
ALBEN,

    Defendants.

C.A. NO.: 1:15–cv–11587–NMG

**ASSENTED-TO MOTION FOR A THREE-MONTH EXTENSION OF TIME
TO CONDUCT DEPOSITIONS AND COMPLETE FACT DISCOVERY**

    With Defendant's assent, Plaintiff Damaris Justiniano requests that the Court grant an enlargement of time to conduct depositions and otherwise complete fact discovery up to and including **September 30, 2017**, and to extend other deadlines accordingly. As grounds for this motion, Plaintiff states as follows:

    1.    The parties submitted a Joint Statement pursuant to Local Rule 16.1 (d) [Doc. No. 38]. in which they indicated that depositions would be completed by June 30, 2017, and fact discovery would be completed by July 14, 2017.

    2.    While Initial Disclosures and requests for written discovery have been served, the parties have not been able to take depositions or complete discovery.

    3.    The parties have conferred and believe that they can complete depositions and any remaining fact discovery by September 29, 2017.

    4.    The parties have also conferred and no longer believe that this case is ripe for mediation.

    5.    Extending discovery by three months would result in modification of the remaining case schedule as follows:

*[Handwritten:]* Motion allowed; final pretrial conference will be held on ___ day, May ___, 2018 at 3:00 p.m.; trial will commence at 9:00 A.M. on Monday, May 21, 2018.
/s/ NMGorton, USDJ 8/2/17