UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAMARIS JUSTINIANO, as the Personal Representative of the Estate of WILFREDO JUSTINIANO Jr.,<br><br>      Plaintiff,<br><br>v.<br><br>STEPHEN WALKER and TIMOTHY P. ALBEN,<br><br>      Defendants. | No. 15-CV-11587-DLC |

### JUDGMENT

CABELL, USMJ

    In accordance with the Court's Memorandum and Order dated September 30, 2018, granting Defendant's Motion for Summary Judgment, Docket No. 58,

    It is hereby ORDERED that Judgment is entered for Defendant.

So Ordered

                                                         By the Court,

                                                         /s/ Noreen A. Russo
                                                          Deputy Clerk

Date: 9/30/18