UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAMARIS JUSTINIANO, as the Personal Representative of the Estate of WILFREDO JUSTINIANO, JR.,<br><br>    Plaintiff,<br>v.<br><br>STEPHEN WALKER, and TIMOTHY P. ALBEN,<br><br>    Defendants. | C.A. NO.: 1:15–cv–11587–DLC |

**PLAINTIFF'S MOTION TO VACATE JUDGMENT
BASED ON NEWLY DISCOVERED EVIDENCE**

Pursuant to Fed. R. Civ. P. 60(b)(2), Plaintiff moves to vacate the final judgment entered against her because of "newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b)." For the reasons contained in the memorandum and other documents filed herewith and incorporated by reference, Plaintiff requests that the Court order the following relief:

    1.    That the judgment entered against Plaintiff and in favor of Defendant Walker be vacated entirely;

    2.    That the order granting summary judgment be reconsidered; and

    3.    That the Court grant the Plaintiff leave to perform additional discovery, namely, (a) a time-limited follow-up deposition of Defendant Walker;

(b) depositions of Trooper Walker's superiors–Lt. Bennet, Major Costine and Lt. Fisher; (c) a Rule 30(b)(6) deposition of the Department of State Police regarding departmental processes surrounding the keeping of use of force reports; and (d) five additional interrogatories related to the newly discovered evidence.

        Respectfully submitted,

        PLAINTIFF DAMARIS JUSTINIANO,

        By her counsel,

Dated: September 27, 2019        /s/ *Ilyas J. Rona*
        Ilyas J. Rona, Esq. (BBO# 642964)
        Gregory N. Corbin (BBO# 687957)
        MILLIGAN RONA DURAN & KING LLC
        50 Congress Street, Suite 600
        Boston, Massachusetts 02109
        (617) 395-9570
        ijr@mrdklaw.com
        gnc@mrdklaw.com

## CERTIFICATION PURSUANT TO L.R. 7.1

I, Ilyas J. Rona, hereby certify that I have conferred with counsel for Trooper Walker and the Department of State Police and have attempted in good faith to resolve or narrow the issue, but was unable to.

Date: September 27, 2019        /s/ *Ilyas J. Rona*
        Ilyas J. Rona

## CERTIFICATE OF SERVICE

I, Ilyas J. Rona, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first class mail to all participants.

Date: September 27, 2019        /s/ *Ilyas J. Rona*
        Ilyas J. Rona