# Exhibit A

106.12

# NOTIFY

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                   SUPERIOR COURT
                                               TRIAL COURT DEPARTMENT

*The motion page itself is not impounded, and the public is entitled to know the basis for any court ruling.*

Notice sent
6/13/19

DAMARIS JUSTINIANO, as the Personal
Representative of the Estate of WILFREDO
JUSTINIANO, JR.,

I. R.
M., R.,
D. & K.
G. N. C.
J. P. L.
M. E. B.          Plaintiff,
M. M., LLP.       v.
S. E. C.
A. G.       DEPARTMENT OF STATE POLICE,
A., C., H., W. & G.
N. A. R.          Defendant.
C. P. M.
S. M. E.
C., C. & C., P.C.
E. M. D.
D. T.

*Following review, the motion is Denied with respect to records pertaining to the 5/24/2010 "Electric Shock" event, as I am not persuaded that event 1684CV00399 has any relevance pursuant to Rule 26(b)(1). The motion is Allowed with respect to any "Use of Force" Report for the events of 6/24/2013 and is also Allowed for any other "Use of Force" Reports filed by the Trooper at any time during his career. The motion is Allowed for Performance Reviews for the years 2010-2013. The motion is Allowed for disciplinary incident reports for the years 2010-2013. The motion is otherwise Denied.*

CONSOLIDATED WITH

(sc)

DAMARIS JUSTINIANO, as the Personal
Representative of the Estate of WILFREDO
JUSTINIANO, JR.,

Plaintiff,

v.

TODD H. CARRANZA, M.D., GUILLERMO
GONZALEZ, M.D., SOUTHCOAST
HOSPITALS GROUP, INC., and MEDICUS
PSYCHIATRY SERVICES, LLC,

Defendants.

1884CV02012
(Formerly in Bristol County as
Civil Action No. 1675cv531)

*I have considered the untimeliness of the motion as alleged but have concluded that the documents could be requested pre-trial, and that justice and efficient management of the litigation for Jantron to all parties. Therefore supports their being provided now.*

*Defendants to comply with this order by production of all materials for which the motion is Allowed by no later than June 25, 2019.*

[signature] Ricciuti, J.
6/11/19

**MOTION TO COMPEL DEPARTMENT OF STATE POLICE TO
PRODUCE RECORDS RELATING TO TROOPER WALKER**