# Exhibit E

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAMARIS JUSTINIANO, as the Personal
Representative of the Estate of WILFREDO
JUSTINIANO, JR.,

          Plaintiff,

    v.

STEPHEN WALKER, and TIMOTHY P.
ALBEN,

          Defendants.

CIVIL ACTION NO. 1:15–cv–11587–NMG

## DEFENDANT STEPHEN WALKER'S RESPONSE TO PLAINTIFF DAMARIS JUSTINIANO'S REQUEST FOR PRODUCTION OF DOCUMENTS

The defendant, Stephen Walker, hereby responds to the first request for production of documents served by the plaintiff, Damaris Justiniano.

1.    Documents sufficient to identify all email accounts and email addresses used by you from 2013 to the present.

**Response:**    Defendant Walker objects to this request. The request seeks information that is not relevant and the request is not proportional to the needs of the case. The request seeks disclosure of all the defendant's email addresses. This presumes that, upon disclosure, the plaintiff will seek to subpoena or otherwise discover all of the Defendant's email, inevitably casting a wide net that will lead, again inevitably, to disclosure of confidential and irrelevant information.

The disclosure of his email addresses is beyond the scope of what is relevant and proportional to the needs of this case. Moreover, the request is unduly broad in that it seeks email addresses from January 2013 to the present. The incident at issue occurred on June 13, 2013. Email in 2014, 2015, 2016 and 2017 is hardly likely to be relevant.

2.    Documents sufficient to identify all cell phone numbers used by you from 2013 to the present.

**Response:**     Defendant Walker objects to this request. The request seeks information that is not relevant and the request is not proportional to the needs of the case. The request seeks disclosure of all the defendant's cell phone numbers for the last four years. This presumes that, upon disclosure, the plaintiff will seek to subpoena or otherwise discover all of the Defendant's cell phone calls and texts, inevitably casting a wide net that will lead, again inevitably, to disclosure of confidential and irrelevant information. The disclosure of Trooper Walker's cell phone numbers is beyond the scope of what is relevant and proportional to the needs of this case. Moreover, the request is unduly broad in that it seeks cell phone numbers from January 2013 to the present. The incident at issue occurred on June 13, 2013. Cell phone records in 2014, 2015, 2016 and 2017 are hardly likely to be relevant.

3.     Documents sufficient to identify the carriers or service providers of all cell phone

numbers used by you from 2013 to the present.

**Response:**     Defendant Walker objects to this request. The request seeks information that is not relevant and the request is not proportional to the needs of the case. The request seeks disclosure of all the defendant's cell phone service carriers for the last four years. This presumes that, upon disclosure, the plaintiff will seek to subpoena or otherwise discover all of the Defendant's cell phone calls and texts, inevitably casting a wide net that will lead, again inevitably, to disclosure of confidential and irrelevant information. The disclosure of Trooper Walker's cell phone carriers is beyond the scope of what is relevant and proportional to the needs of this case. Moreover, the request is unduly broad in that it seeks cell phone service carriers from January 2013 to the present. The incident at issue occurred on June 13, 2013. Cell phone records in 2014, 2015, 2016 and 2017 are hardly likely to be relevant.

4.     Documents sufficient to identify all cell phone numbers capable of sending and

receiving test messages used by you from 2013 to the present.

**Response:**     Please see response to Request Number 2.

5.     Documents sufficient to identify the carriers or service providers of all cell phone

numbers capable of sending and receiving test messages used by you from 2013 to the present.

**Response:**     Please see response to Request Number 3.

6.     Copies of all resumes or curriculum vitae, including any drafts and versions,

prepared by, relating to, or used by you from 2013 to the present.

**Response:**     Walker has no responsive documents within his possession, custody or control.

2

7.     All correspondence, including but not limited to emails and text messages, between you and Timothy P. Alben from June 14, 2013 to the present.

**Response:**     Walker objects to this request as it is overly broad in scope and time. Without waiving his objection, Walker responds that he has no responsive documents within his possession, custody or control.

8.     All correspondence, including but not limited to emails and text messages, between

you and Trooper Joseph Durning from June 14, 2013 to the present.

**Response:**     Walker objects to this request as it is overly broad in scope and time. Without waiving his objection, Walker responds that he has no responsive documents within his possession, custody or control.

9.     All correspondence, including but not limited to emails and text messages, between

you and Trooper Christopher Booth from June 14, 2013 to the present.

**Response:**     Walker objects to this request as it is overly broad in scope and time. Without waiving his objection, Walker responds that he has no responsive documents within his possession, custody or control.

10.   All correspondence, including but not limited to emails and text messages, between

you and Trooper Anthony Fabiano from June 14, 2013 to the present.

**Response:**     Walker objects to this request as it is overly broad in scope and time. Without waiving his objection, Walker responds that he has no responsive documents within his possession, custody or control.

11.   All correspondence, including but not limited to emails and text messages, between

you and Trooper Michael Close from June 14, 2013 to the present.

**Response:**     Walker objects to this request as it is overly broad in scope and time. Without waiving his objection, Walker responds that he has no responsive documents within his possession, custody or control.

12.   All correspondence, including but not limited to emails and text messages, between

you and any employee, representative, or person acting on behalf of the Massachusetts State

Police from June 14, 2013 to the present.

**Response:**     Walker objects to this request because it is overly broad and unduly burdensome. The request seeks ALL correspondence, including emails and texts, to ANY employee of the Massachusetts State Police for the last FOUR years. This request includes any communications on any subject over a 200 week period. Not only does this request seek irrelevant information, it seeks irrelevant information for a long period of time.

13.    All correspondence, including but not limited to emails and text messages, between

you and any person from June 14, 2013 to the present regarding Wilfredo Justiniano and/or

Damaris Justiniano.

**Response:**     Walker objects to this request to the extent it seeks correspondence with counsel. Without waiving his objection, Walker responds that he has no responsive documents within his possession, custody or control, except any responsive documents that are part of the Massachusetts State Police investigation of the June 14, 2013 incident, which documents are already in Plaintiff's possession.

14.    All correspondence, including but not limited to emails and text messages, between

you and any employee, representative, or person acting on behalf of the Massachusetts State

Police concerning training related to weapons, threat assessment, use of force, mental health, and

crisis intervention.

**Response:**  Walker objects to this request as it is overly broad because it is unlimited in time. Without waiving his objection, Walker responds that he has no responsive documents in his possession, custody or control.

15.    All documents relating to the investigation of the Massachusetts State Police

concerning the death of Wilfredo Justiniano.

**Response:**     Except for the investigative report, which he obtained from the plaintiff in initial disclosures, Walker has no responsive documents in his possession, custody or control.

16.    All documents relating to the investigation of the Norfolk District Attorney,

including correspondence, concerning the death of Wilfredo Justiniano.

**Response:**     Walker has no responsive documents within his possession, custody or control.

4

17.   All correspondence, including but not limited to emails and text messages, between you and any employee, representative, or person acting on behalf of the Norfolk District Attorney concerning any investigation of the circumstances surrounding the death of Wilfredo Justiniano on June 14, 2013, including but not limited to any investigation by the Massachusetts State Police.

**Response:**   Walker has no responsive documents within his possession, custody or control.

18.   All correspondence, including but not limited to emails and text messages, between you and any employee, representative, or person acting on behalf of the Massachusetts State Police concerning any investigation of the circumstances surrounding the death of Wilfredo Justiniano on June 14, 2013, including but not limited to any investigation by the Massachusetts State Police.

**Response:**   Except for the investigative report, which he obtained from the plaintiff in initial disclosures, Walker has no responsive documents in his possession, custody or control.

19.   All correspondence, including but not limited to emails and text messages, between you and any employee, representative, or person acting on behalf of the Massachusetts State Police concerning implementation of, compliance or lack of compliance with, or adherence or non-adherence to any recommendations or policy regarding crisis intervention training from June 2013 to present.

**Response:**   Walker has no responsive documents within his possession, custody or control.

20.   All correspondence, including but not limited to emails and text messages, between you and any person other than your attorneys concerning Wilfredo Justiniano from June 2013 to the present.

**Response:**        Walker has no responsive documents within his possession, custody or control.

21.    All correspondence, including but not limited to emails and text messages, between you and any person other than your attorneys concerning inadequate training of officers of the Massachusetts State Police Department from 2013 to the present.

**Response**:        Walker has no responsive documents within his possession, custody or control.

22.    All correspondence, including but not limited to emails and text messages, between you and any employee of the Commonwealth concerning your possible or actual reassignment, termination, suspension, discipline, layoff, and/or resignation from June 14, 2013 to the present.

**Response**:        Walker has no responsive documents within his possession, custody or control.

23.    All correspondence, including but not limited to letters, emails, text messages, LinkedIn messages, Facebook messages, Twitter messages, or any other digital messages on any platform between you and any person concerning your possible or actual reassignment, termination, suspension, discipline, layoff, and/or resignation from the position you occupied as of June 14, 2013.

**Response:**        Walker has no responsive documents within his possession, custody or control.

24.    Copies of all documents relating to or evidencing your employment with the Massachusetts State Police.

**Response:**        Walker objects to this request because it is overly broad, unduly vague, unduly burdensome and unduly intrusive.  The plaintiff has not, and cannot show, a need for all of Walker's employment records (or documents "evidencing his employment," whatever

those are): the documents are not relevant nor is the request proportionate to the needs of the case.

    25.   Copies of all training documents received, including manuals and rules.

    **Response**:    Walker objects because the request is vague: it does not describe particular documents, nor does it describe the giver of the documents sought.  It is also objectionable because it is unlimited in time.  Without waiving his objections, Walker states that he has no responsive documents within his possession custody or control.

    26.   All documents reflecting training received, including certificates.

    **Response**:    Walker objects because the request is vague: it does not describe particular documents, nor does it describe the giver of the documents sought.  It is also objectionable because it is unlimited in time.  Without waiving his objections, Walker states that he produces herewith a list of training he has received. Walker is not sure that the list is complete or exhaustive.

    27.   Copies of all non-privileged documents relating to or referencing Wilfredo

Justiniano.

    **Response**:    Walker has no responsive documents within his possession, custody or control.

    28.   Copies of all non-privileged documents relating to or referencing this lawsuit or any

other lawsuit relating to your employment or duties with the Massachusetts State Police

Department.

    **Response**:    Walker objects to this request to the extent that it seeks documents related to any other lawsuit.  Without admitting or denying that there are any other lawsuits arising out his employment, Walker objects to the request because it seeks documents that are irrelevant to the plaintiff's cause of action.  As to documents referencing this lawsuit, except for pleadings and discovery documents, all of which the plaintiff has, Walker has no responsive documents within his possession, custody or control.

    29.   All correspondence, including but not limited to emails and text messages, between

you and any recruiter, head-hunter, job poster, or career counselor from 2005 to the present.

    **Response:**    Walker objects to this request because the documents sought are irrelevant and the requested discovery is not proportional to the needs of this case.  Without

waiving his objections, Walker states that he has no responsive documents within his possession, custody or control.

30.    All documents and records of any training related to weapons, threat assessment, use of force, mental health, and crisis intervention.

**Response:**    Walker objects to this request because the documents sought are irrelevant and the requested discovery is not proportional to the needs of this case. Without waiving his objections, Walker states that a list of his training is provided in response to Request 26.

31.    All correspondence, including but not limited to emails and text messages, from June 2013.

**Response:**    Walker objects to this request because it is vague, unduly broad, and because it seeks irrelevant information. Moreover, the requested discovery is not proportional to the needs of the case. Without waiving his objections, Walker states that he has no text messages from June 2013 and he has no emails that relate or refer to this case.

32.    All of your emails and text messages, sent or received, on June 14, 2013.

**Response**:    Walker has no text messages from that date and no emails that relate or refer to Mr. Justiniano or this case.

33.    All notes or documents created or kept by you regarding your interview with Detective Lieutenant Kevin P. Shea and Lieutenant Gerard Mattaliano on June 17, 2013.

**Response**:    Walker has no responsive documents within his possession, custody or control.

34.    All notes and documents created or kept by you regarding any communications with any person regarding Wilfredo Justiniano.

**Response**:    Walker has no responsive documents within his possession, custody or control.

35.    Transcripts of any interviews of you or any officers, including troopers Joseph Durning, Christopher Booth, Anthony Fabiano, and Trooper Michael Close, who responded to the scene with Wilfredo Justiniano on June 14, 2013.

**Response**:      Walker is aware only of transcripts of interviews that are part of the Massachusetts State Police Investigative Report.  That report was produced by the Plaintiff in initial disclosures.  Walker has no other responsive documents within his possession, custody or control.

36.   Audio tapes and digital audio files of any interviews of you or any officers, including troopers Joseph Durning, Christopher Booth, Anthony Fabiano, and Trooper Michael Close, who responded to the scene with Wilfredo Justiniano on June 14, 2013.

**Response**:      Walker has no responsive documents within his possession, custody or control.

37.   All notes and documents created or kept by you regarding Wilfredo Justiniano.

**Response**:      Walker has no responsive documents within his possession, custody or control.

38.   Audio tapes and digital audio files of any interviews of you or any officers, including troopers Joseph Durning, Christopher Booth, Anthony Fabiano, and Trooper Michael Close, who responded to the scene with Wilfredo Justiniano on June 14, 2013.

**Response:**      See response to request number 36, above.

39.   All documents related to or showing any maintenance to your service weapon and your O.C. spray.

**Response**:      Walker objects to this request because the documents sought are irrelevant and the requested discovery is not proportional to the needs of this case.  Without waiving his objections, Walker states that he has no responsive documents within his possession, custody or control.

40.   Audio tapes, digital audio files, and any transcripts of audio tapes and digital audio files of any turret tapes, dispatch calls, or other communications with the Massachusetts State Police personnel on June 14, 2013.

**Response**:      Walker has no responsive documents within his possession, custody or control.  The requested documents, if they exist, are equally available to the plaintiff as they are to the defendant Walker.

41.   Your entire personnel file with the Massachusetts State Police.

**Response**:      Walker objects to this request because it is overly broad, unduly vague, unduly burdensome and unduly intrusive.  The plaintiff has not, and cannot show, a need for all of Walker's personnel file: the documents are not relevant nor is the request proportionate to the needs of the case.

STEPHEN WALKER
By his counsel

/s/David J. Officer_____
David J. Officer/BBO#555253
David J. Officer, P.C.
PO Box 423
Southborough, MA 01772
Voice/fax:  (888) 945-2333
*david@davidofficerlaw.com*

Friday, December 8, 2017

### CERTIFICATE OF SERVICE

I, David J. Officer, hereby certify that I have this day, Friday, December 8, 2017, served the forgoing document upon counsel by first class mail, postage prepaid and by electronic mail to:

Ilyas J. Rona, Esquire
MILLIGAN RONA DURAN & KING, LLC
50 Congress Street, Suite 600
Boston, MA 02109
ijr@milliganrona.com

David J. Officer

COMMONWEALTH OF MASSACHUSETTS
MASSACHUSETTS CRIMINAL JUSTICE
TRAINING COUNCIL
1 ASHBURTON PLACE, BOSTON, MASS. 62108

## ATTENDANCE RECORD

Page 2 of 12 Pages

Sponsoring Agency: Metropolitan Police

Location of School: Metro Boston Complex

Dates of School: Between 06/13/88 and 10/28/88

Name of School Director: Capt. R. Devereaux

Names of Trainees:

| Name | June 13 M | 14 T | 15 W | 16 T | 17 F | 20 M | 21 T | 22 W | 23 T | 24 F | 27 M | 28 T | 29 W | 30 T | July 1 F | 4 M | 5 T | 6 W | 7 T | 8 F | 11 M | 12 T | 13 W | 14 T | 15 F | 18 M | 19 T | 20 W | 21 T | 22 F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2. JAVERY, Joseph J.  *RESIGNED* | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | R | E | S | I | G | N | E | D | | 0 6 | – | 2 9 | – | 8 8 | | | | |
| 3. KANE, Charles F. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | H | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 4. KIPAETZ, Alan D. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | O | ✓ | ✓ | ✓ | (X) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 5. LEMAR, David J. ⑧ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | L | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 6. MAHONEY, Patrick L. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | I | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 7. MARTUCELLI, Robert L. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | D | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 8. MCDOWELL, Seref L. ⑧ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | A | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 9. MCPHEE, William G. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | Y | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 10. MINGHELLA, Thomas M. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 11. MIRANDA, Joaquin P. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 12. MORRIS, John S. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 13. MULLEN, Kevin J. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 14. PEACHEY, Kristan A. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | (X) | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | (X) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 15. RAFFERTY, Michael F. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 16. ROBERTSON, William W. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 17. SCUNZIANO, Joseph | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 18. SULLIVAN, Lawrence E. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 19. SULLIVAN, Sean P. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 20. TEAHAN, Thomas J. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | (X) | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 21. WALKER, Stephen V. ⑧ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| ~~22. WARREN, Melvin~~ ⑧ *DISMISSED* | ✓ | X | D I S M I S S E D | | | | 0 6 – 1 4 – 8 8 | | | | | | | | | | | | | | | | | | | | | | | |

Check mark (✓) indicates presence of Trainee; "X" indicates absence of Trainee; "(X)" if excused absence

Retain this record for

COMMONWEALTH OF MASSACHUSETTS
MASSACHUSETTS CRIMINAL JUSTICE
TRAINING COUNCIL
1 ASHBURTON PLACE, BOSTON, MASS. 62108

**ATTENDANCE RECORD**

Page 5 of 12 Pages

Sponsoring Agency: Metropolitan Police

Location of School: Metro Boston Complex

Dates of School: Between 06/13/88 and 10/28/88

Name of School Director: Capt. R. Devereaux

Names of Trainees:

| | July 25 | 26 | 27 | 28 | 29 | August 1 | 2 | 3 | 4 | 5 | 8 | 9 | 10 | 11 | 12 | 15 | 16 | 17 | 18 | 19 | 22 | 23 | 24 | 25 | 26 | 29 | 30 | 31 | Sept 1 | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | T | W | T | F | M | T | W | T | F | M | T | W | T | F | M | T | W | T | F | M | T | W | T | F | M | T | W | T | F |
| 2. TAVERY, Joseph J. RESIGNED EFFECTIVE 06-29-88 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3. KANE, Charles F. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 4. KIPZETZ, Alan D. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 5. LEMAR, David J. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 6. MAHONEY, Patrick L. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | (X) | ✓ | ✓ | ✓ | ✓ |
| 7. MARTUCELLI, Robert L. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 8. MCDOWELL, Seref L. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 9. MCPHEE, William G. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 10. MINGHELLA, Thomas M. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 11. MIRANDA, Joaquin P. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 12. MORRIS, John S. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 13. MULLEN, Kevin J. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 14. PEACHEY, Kristan A. | ✓ | ✓ | (X) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 15. RAFFERTY, Michael F. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 16. ROBERTSON, William W. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 17. SCUNZIANO, Joseph | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 18. SULLIVAN, Lawrence E. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 19. SULLIVAN, Sean P. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 20. TEAHAN, Thomas J. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 21. WALKER, Stephen V. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 22. WARREN, Melvin DISMISSED 06-14-88 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Check mark (✓) indicates presence of Trainee; "X" indicates absence of Trainee; "(X)" if excused absent

ATTENDANCE RECORD

COMMONWEALTH OF MASSACHUSETTS
MASSACHUSETTS CRIMINAL JUSTICE
TRAINING COUNCIL
1 ASHBURTON PLACE, BOSTON, MASS. 62108

Sponsoring Agency: Metropolitan Police

Location of School: Metro Boston Complex

Dates of School:   Between 06/13/88 and 10/28/88

Name of School Director: Capt. R. Devereaux

Names of Trainees:

| | Sept 5 M | 6 T | 7 W | 8 T | 9 F | 12 M | 13 T | 14 W | 15 T | 16 F | 19 M | 20 T | 21 W | 22 T | 23 F | 26 M | 27 T | 28 W | 29 T | 30 F | Oct 3 M | 4 T | 5 W | 6 T | 7 F | 10 M | 11 T | 12 W | 13 T | 14 F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2. ~~JAVERY, Joseph J.~~ | | RESIGNED EFFECTIVE 06-29-88 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3. KANE, Charles F. | H | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 4. KIEFETZ, Alan D. | O | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 5. LEMAR, David J. | L | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 6. MAHONEY, Patrick L. | I | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ |
| 7. MARTUCELLI, Robert L. | D | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 8. MCDOWELL, Seref L. | A | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 9. MCPHEE, William G. | Y | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 0. MINCHELLA, Thomas M. | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 1. MIRANDA, Joaquin P. | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2. MORRIS, John S. | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 3. MULLEN, Kevin J. | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 4. PEACHEY, Kristan A. | | ✓ | ✓ | ✓ | (X) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | (X) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 5. RAFFERTY, Michael F. | D | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 6. ROBERTSON, William W. | A | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 7. SCUNZIANO, Joseph | Y | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 8. SULLIVAN, Lawrence E. | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 9. SULLIVAN, Sean P. | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 0. TEAHAN, Thomas J. | | ✓ | ✓ | ✓ | (X) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 1. WALKER, Stephen V. | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | (X) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2. ~~WARREN, Melvin~~ | | DISMISSED EFFECTIVE 06-14-88 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Check mark (✓) indicates presence of Trainee; "X" indicates absence of Trainee; "(X)" if excused absence

Retain this record for one year for purposes of inspection by the Massachusetts Police Training Council.

ATTENDANCE RECORD

COMMONWEALTH OF MASSACHUSETTS
MASSACHUSETTS CRIMINAL JUSTICE
TRAINING COUNCIL
1 ASHBURTON PLACE, BOSTON, MASS. 02108

Sponsoring Agency: Metropolitan Police

Location of School: Metro Boston Complex

es of School:  Between 06/13/88 and 10/28/88

Name of School Director: Capt. R. Devereaux

es of Trainees:

| | October 17 | 18 | 19 | 20 | 21 | 24 | 25 | 26 | 27 | 28 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | T | W | T | F | M | T | W | T | F | M | T | W | T | F | M | T | W | T | F | M | T | W | T | F | M | T | W | T | F | M | T | W | T | F | M | T | W | T | F | M | T | W | T | F | M | T | W | T | F |
| 2. ~~JAVERY, Joseph J.~~ RESIGNED | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3. KANE, Charles F. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | G | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4. KIPETZ, Alan D. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | R | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5. LEMAR, David J. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6. MAHONEY, Patrick L. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | D | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7. MARTUCELLI, Robert L. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | U | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8. MCDOWELL, Seref L. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9. MCPHEE, William G. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | T | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 0. MINGHELLA, Thomas M. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | I | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1. MIRANDA, Joaquin P. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | O | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2. MORRIS, John S. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3. MULLEN, Kevin J. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4. PEACHEY, Kristan A. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5. RAFFERTY, Michael F. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6. ROBERTSON, William W. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7. SCUNZIANO, Joseph | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8. SULLIVAN, Lawrence E. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9. SULLIVAN, Sean P. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 0. TEAHAN, Thomas J. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1. WALKER, Stephen V. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2. ~~WARREN, Melvin~~ DISMISSED | | | | | ✓ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Check mark (✓) indicates presence of Trainee; "X" indicates absence of Trainee; "(X)" if excused absen

Retain this record for one year for purposes of inspection by the Massachusetts Police Training Council

# The Commonwealth of Massachusetts

## MASS. CRIMINAL JUSTICE TRAINING CENTER AT READING
### P.O. BOX 417, READING, MA 01867

## SEMI-AUTOMATIC PISTOL QUALIFICATION

*Please Print*

Date 9/30/88 _____ Law Enforcement Agency _Metropolitan Police_____

Range _Con't page 2_____ Weather Conditions_____

| Name | Semi-auto Pistol Make & Model | Serial No. | Barrel Length | Ammunition | Score (1st) | Score (2nd) |
|------|-------------------------------|------------|---------------|------------|-------------|-------------|
| Miranda, Joaquin P. | Glock 17 | DF 014 | 4.49" | 9mm 115 grn |  | |
| Morris, John S. | "      " | DF 037 | " | " | | |
| Mullen, Kevin J. | "      " | DF 038 | " | " | | |
| Peachy, Kristan A. | "      " | DF 015 | " | " | | |
| Rafferty, Michael F. | "      " | DF 039 | " | " | | |
| Robertson, William W. | "      " | DF 016 | " | " | | |
| Scunziano, Joseph | "      " | DF 017 | " | " | | |
| Sullivan, Lawrence E. | "      " | DF 018 | " | " | | |
| Teahan, Thomas J. | "      " | DF 020 | " | " | | |
| Sullivan, Sean P. | "      " | DF 019 | " | " | | |
| Walker, Stephen V. | "      " | DF 021 | " | " | 81 | |
| Zielinski, Thomas M. | "      " | DF 040 | " | " | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

MCJTC Certified Semi-automatic Pistol Instructors:

(Principal Instructor) 1._____     4._____

2._____     5._____

3._____     6._____

I hereby certify that the MCJTC Semi-automatic Pistol Training Program has been adhered to and that all information contained on this form is true and correct to the best of my knowledge and belief.

Signed_____
Certified MCJTC Semi-automatic Pistol Instructor

MCJTC 7/88

n To:                    Massachusetts Criminal Justice Training Council
                                      1 Ashburton Place
                                 Boston, Massachusetts  02108

Academy Director:  Type or print the names of the students as they should appear on the
certificates and return this master to the above address as soon as is practicable after
the opening of the school.  Have each student check the spelling of his name and accuracy of
his date of birth and date of appointment and verify same by placing his initials in
space provided.

Training Academy:  ___Metropolitan Police Academy_____

Dates of Session:  ___June 13, 1988 to October 21, 1988_____

| | Name of Trainee | Department | D/O/B | Appt'd | Initials |
|---|---|---|---|---|---|
| 22. | David J. LeMar | Metro Police | | 06-13-88 | |
| 23. | Patrick L. Mahoney | Metro Police | | 06-13-88 | |
| 24. | Robert L. Martucelli | Metro Police | | 06-13-88 | |
| 25. | Seref L. McDowell | Metro Police | | 06-13-88 | Sm |
| 26. | William G. McPhee | Metro Police | | 06-13-88 | WGM |
| 27. | Thomas M. Minghella | Metro Police | | 06-13-88 | T.M.M. |
| 28. | Joaquin P. Miranda | Metro Police | | 06-13-88 | |
| 29. | John S. Morris | Metro Police | | 06-13-88 | J.S.m. |
| 30. | Kevin J. Mullen | Metro Police | | 06-13-88 | K.Mu |
| 31. | Kristan A. Peachey | Metro Police | | 06-13-88 | KAP |
| 32. | Michael F. Rafferty | Metro Police | | 06-13-88 | MFR |
| 33. | William W. Robertson | Metro Police | | 06-13-88 | |
| 34. | Joseph Scunziano | Metro Police | | 06-13-88 | |
| 35. | Lawrence E. Sullivan | Metro Police | | 06-13-88 | |
| 36. | Sean P. Sullivan | Metro Police | | 06-13-88 | SPS |
| 37. | Thomas J. Teahan | Metro Police | | 06-13-88 | TJT |
| 38. | Stephen V. Walker | Metro Police | 03-15-64 | 06-13-88 | SVW |
| 39. | Melvin Warren | Metro Police | | 06-13-88 | MW |
| 40. | Thomas M. Zielinski | Metro Police | | 06-13-88 | |

                    ***END***

## METROPOLITAN POLICE RECRUIT PROGRAM

|  |  |  | HOURS |
|--|--|--|-------|
| **PATROLLING:** | 1A1 | Police Role in Modern Society | 2 |
|  | 1A2 | Criminal Justice System | 2 |
|  | 1A3 | Organization and Management of Policing | 1 |
|  | 1A4 | Environment of Policing | 3 |
|  | 1B1 | Patrol Procedures and Crime Prevention | 18 |
|  | 1B2 | Observation | 4 |
|  | 1B3 | Vehicle Theft Investigation and Recognition | 8 |
|  | 1C1 | Special Tactics | 10 |
|  | 1C2 | Response to Special Emergencies | 5 |
|  | 1D1 | Handling Traffic Investigations | 24 |
|  | 1D2 | Directing Traffic | 2 |
| **PROVIDING SERVICE AND RENDERING ASSISTANCE:** | 2A1 | Interpersonal Relations | 7 |
|  | 2B1 | First Aid and CPR/Water Safety | 30(10) |
|  | 2C1 | Conflict Resolution | 10 |
|  | 2C2 | Crisis Intervention | 6 |
|  | 2D1 | Emergency Driving | 24 |
| **APPLYING AND ENFORCING THE LAW:** | 3A1 | Introduction to the Legal Process | 8 |
|  | 3A2 | Constitutional Basis of Investigation | 20(1) |
|  | 3A3 | Massachusetts Criminal Law | 32(3) |
|  | 3A4 | Massachusetts Traffic Law | 24(4) |
|  | 3B1 | Handling Juveniles | 6 |
|  | 3B2 | Self-Defense | 40 |
|  | 3B3 | Physical Training | 60 |
|  | 3B4 | Use of Firearms | 46 |
|  | 3C1 | Drugs | 6 |
|  | 3C2 | Use of Chemical Agents | 2 |
| **INVESTIGATING:** | 4A1 | Investigative Techniques | 7 |
|  | 4A2 | Managing the Crime Scene | 12 |
|  | 4A3 | Interviewing and Interrogation | 9 |
|  | 4B1 | Property Custody | 1 |
| **COURTROOM PRESENTATION AND PREPARATION:** | 5A1 | Search and Arrest Warrants | 3 |
|  | 5A2 | Processing of Arrested Persons | 3 |
|  | 5A3 | Preparing for Court | 3 |
|  | 5B1 | Court Procedures | 10 |
| **DOCUMENTING AND RECORDING:** | 6A1 | Written Communication | 14(26) |
|  | 6B1 | Oral Communication | 5 |
| **POLICE STRESS:** | 7A1 | Stress Management | 8 |
|  |  | Civil Rights Violations | 2 |
|  |  | Suicide Prevention | 3 |
|  |  | Swimming Course | 21 |
|  |  | MDC Rules and Regulations | 10 |
|  |  | Riot Control | 10 |
|  |  | Anti-Defamation League | 6 |
|  |  | Selective Enforcement | 3 |
|  |  | Field Sobriety Testing | 32 |

# Metropolitan Police

The Commonwealth of Massachusetts
20 Somerset Street
Boston 02108

727-5220

### Metropolitan Police Academy Recruit Academic Program

| Course Area | Course # | Subject Matter | Required Hours | Hours |
|---|---|---|---|---|
| Patrolling | 1A1 | Police Role in Modern Society | 2 | 2 |
| | 1A2 | Criminal Justice System | 2 | 2 |
| | 1A3 | Organization & Man. of Policing | 1 | 1.5 |
| | 1A4 | Environment of Policing | 3 | 4 |
| | 1B1 | Patrol Procedures & Crime Prev. | 18 | 18 |
| | 1B2 | Observation | 4 | 4 |
| | 1B3 | Vehicle Theft & Recognition | 8 | 12 |
| | 1C1 | Special Tactics | 10 | 12 |
| | 1C2 | Response to Special Emergencies | 5 | 6 |
| | 1D1 | Handling Traffic Investigations | 24 | 30 |
| | 1D2 | Directing Traffic | 2 | 2 |
| Providing | 2A1 | Interpersonal Relations | 7 | 8 |
| Service & | 2B1 | First Aid & CPR /Water Safety | 30 | 57 |
| Rendering | 2C1 | Conflict Resolution | 10 | 10 |
| Assistance | 2C2 | Crisis Intervention | 6 | 8 |
| | 2D1 | Emergency Driving | 24 | 24 |
| Applying & | 3A1 | Introduction to the Legal Process | 8 | 8 |
| Enforcing | 3A2 | Constitutional Basis of Investigation | 20 | 20 |
| The Law | 3A3 | Massachusetts Criminal Law | 32 | 32 |
| | 3A4 | Massachusetts Traffic Law | 24 | 32 |
| | 3B1 | Handling Juveniles | 6 | 6 |
| | 3B2 | Self Defense | 40 | 46.5 |
| | 3B3 | Physical Training | 60 | 96 |
| | 3B4 | Use of Firearms | 46 | 62 |
| | 3C1 | Drugs | 6 | 8 |
| | 3C2 | Use of Chemical Agents | 2 | 2 |
| Investigating | 4A1 | Investigative Techniques | 7 | 8 |
| | 4A2 | Managing the Crime Scene | 12 | 12 |
| | 4A3 | Interviewing & Interrogation | 9 | 10 |
| | 4B1 | Property Custody | 1 | 2 |
| Courtroom | 5A1 | Search and Arrest Warrants | 3 | 3 |
| Presentation | 5A2 | Processing of Arrested Persons | 3 | 3 |
| & Prepar. | 5A3 | Preparing for Court | 3 | 3 |
| | 5B1 | Court Procedures | 10 | 10 |
| Documenting | 6A1 | Written Communication | 14 | 43.5 |
| & Recording | 6B1 | Oral Communication | 5 | 10 |
| P.O. Stress | 7A1 | Stress Management | 8 | 8 |
| Other Police | | Civil Liabilities & Rights | 4 | 4 |
| Police Study | | Suicide Prevention | 4 | 4 |
| | | Swimming & Water Safety | 18 | 21 |
| | | Metro Police Rules & Regulations | 16 | 16 |
| | | Riot Control Training | 6 | 12 |
| | | Field Sobriety Testing | 12 | 12 |
| | | Police Discretion | 2 | 2 |
| | | Police Dispatcher Overview | 2 | 2 |

# MetropolitanPolice

The Commonwealth of Massachusetts
20 Somerset Street
Boston 02108

727-5220

Cont. Pg. 2

### Metropolitan Police Academy Recruit Academic Program

| Course Area | Course # | Subject Matter | Required Hours | Hours |
|---|---|---|---|---|
| Other Areas of Police Study | | Metro Police K-9 Demo | 2 | 2 |
| | | Metro Police Mounted Unit | 4 | 4 |
| | | Right to Know Law | 1.5 | 1.5 |
| | | Enviromental Enforcement | 2 | 2 |
| | | Harbor/Underwater Recovery Unit | 2 | 2 |
| | | Practical Typing | 6 | 6 |
| | | Basic Computor | 18 | 18 |

Total Hours. 734

Sergeant Michael F. Pavone Sr.
Director of Recruit Training

# Metropolitan Police



METROPOLITAN POLICE ACADEMY
1155 CENTRAL AVENUE
NEEDHAM, MA 02192

Name   Stephen V. Walker

Dates Attended  06-13-88 to 10-28-88

Department  Metropolitan Police

| Written Tests | Grade | | Make-Up | | Final Grade |
|---|---|---|---|---|---|
| Introduction to the Legal Process | 70 | | — | | 70 |
| Constitutional Basis of Investigation | 81 | — | — | — | 81 |
| Massachusetts Law – Criminal | 97 | — | — | — | 97 |
| Massachusetts Law – Chapter 90 | 99 | 92 | — | | 95.5 |
| Civil Liability | 82.0 | | — | | 82.0 |
| Traffic Accident Investigation | 97 | | — | | 97 |
| Patrol Related Subjects | Pass | — | — | — | Pass |
| Investigative Courses | Pass | — | — | — | Pass |
| Use of Force & Principles of Shooting | 97 | | — | | 97 |
| Written Communication | 94.67 | | — | | 94.67 |
| Oral Communication | Pass | | — | | Pass |
| First Aid | 81.1 | | — | | 81.1 |
| CPR | 94 | | — | | 94 |
| Field Sobriety Testing | Pass | | — | | Pass |
| **Practical Skills** | | | | | |
| First Aid | Pass | | — | | Pass |
| CPR | Pass | | — | | Pass |
| Shooting- Glock Model 17 Semi-Auto Pistol | 81.2 | | — | | 81.2 |
| Self Defense | Pass | | — | | Pass |
| Running – 8 Min. & 30 Sec. = One Mile | 7:16 | | — | | Pass |
| Emergency Driving | Pass | | — | | Pass |
| 100 Yard Swim (Metro Police Only) | Pass | | — | | Pass |

Final Academic Average  88.22

Class Standing  33RD  from class of  36

# MetropolitanPolice

Training and Education Division
1155 Central Avenue
Needham MA 02192
444-4534

Metropolitan Police Academy Recruit Academic Program

| Course Area | # | Subject Matter | Hours/Req. |
|---|---|---|---|
| Patrolling | 1A1 | Police Role in Modern Society | 02/02 |
| | 1A2 | Criminal Justice System | 02/02 |
| | 1A3 | Organiz. & Man of Policing | 02/01 |
| | 1A4 | Environment of Policing | 04/03 |
| | 1B1 | Patrol Proc & Crime Prev | 18/18 |
| | 1B2 | Observation | 04/04 |
| | 1B3 | Vehicle Theft & Recognition | 10/08 |
| | 1C1 | Special Tactics | 12/10 |
| | 1C2 | Response to Special Emergencies | 06/05 |
| | 1D1 | Handling Traffic Investigations | 30/24 |
| | 1D2 | Directing Traffic | 02/02 |
| Providing Service & Rendering Assistance | 2A1 | Interpersonal Relations | 08/07 |
| | 2B1 | First Aid & CPR/Water Safety | 57/30 |
| | 2C1 | Conflict Resolution | 10/10 |
| | 2C2 | Crisis Intervention | 08/06 |
| | 2D1 | Emergency Driving | 24/24 |
| Applying & Enforcing The Law | 3A1 | Indroduction to the Legal Process | 08/08 |
| | 3A2 | Constitutional Basis of Invest | 20/20 |
| | 3A3 | Massachusetts Criminal Law | 32/32 |
| | 3A4 | Massachusetts Traffic Law | 32/24 |
| | 3B1 | Handling Juveniles | 06/06 |
| | 3B2 | Self Defense | 50/40 |
| | 3B3 | Physical Training | 96/60 |
| | 3B4 | Use of Firearms | 62/46 |
| | 3C1 | Drugs | 10/06 |
| | 3C2 | Use of Chemical Agents | 02/02 |
| Investigate | 4A1 | Investigative Techniques | 08/07 |
| | 4A2 | Managing the Crime Scene | 12/12 |
| | 4A3 | Interviewing & Interrogation | 10/09 |
| | 4B1 | Property Custody | 02/01 |
| Courtroom Presentation & Preparation | 5A1 | Search & Arrest Warrants | 03/03 |
| | 5A2 | Processing of Arrested Persons | 03/03 |
| | 5A3 | Preparing for Court | 03/03 |
| | 5B1 | Court Procedures | 10/10 |
| Documenting & Recording | 6A1 | Written Communication | 42/14 |
| | 6B1 | Oral Communication | 06/05 |
| P.O. Stress | 7A1 | Stress Management | 08/08 |
| Other Areas of Police Study | | Civil Liabilities & Rights | 04/04 |
| | | Suicide Prevention | 04/04 |
| | | Swimming & Water Safety | 21/18 |
| | | Metro Police Rules & Regulations | 16/16 |

Page 2

Metropolitan Police Academy Recruit Academic Program

| | |
|---|---|
| Riot Control Training | 12/06 |
| Field Sobriety Testing | 12/12 |
| Police Discretion | 02/02 |
| Police Dispatcher Overview | 02/02 |
| Metro Police K-9 Demo | 02/02 |
| Metro Police Mounted Unit | 04/04 |
| Right to Know Law | 02/02 |
| Environmental Enforcement | 02/02 |
| Harbor/Underater Recovery Unit | 02/02 |
| Practical Typing | 06/06 |
| Basic Computor | 18/18 |
| Conversational Spanish for P.O. | 06/06 |

Name: Walker, Stephen V     Rank: Trooper     ID #: 2033

DOB: 03/15/1964   Age: 53.00     Hire Date: 06/13/1988     Injruy Status: Temporary/Modifi

RTT:     Date of Appointment: 06/13/1988     LostTime: 32

Seniority Date: 06/13/1988   Seniority Stand: 167

Current Station   Home
          Troop: G
         Station: COMPLIANCE UNIT
      Start Date: 02/14/2016

Inservice List

| Inservice | Date | Attend | Pass/Fa |
|---|---|---|---|
| CIVIL DISTURBANCES/DE ESCALATION TRAINING | 9/25/2017 | | |
| TASER TRAINING (16 HRS) | 3/6/2017 | N | |
| FIREARMS-M+P .45 IN-SERVICE ITERATION #3 | 3/1/2017 | Y | Pass |
| CPR | 6/21/2016 | Y | Pass |
| DEFENSIVE TACTICS IN-SERVICE ITERATION #1 | 6/21/2016 | Y | Pass |
| FIREARMS-M+P .45 IN-SERVICE ITERATION #2 | 5/11/2016 | Y | Pass |
| COMBAT GAUZE-SWAT T TRAINING/ISSUE | 10/29/2015 | Y | Pass |
| FAKE ID'S AND FRAUDULENT DOCUMENTS (8 HRS) | 9/22/2014 | Y | Pass |
| CPR | 7/29/2014 | Y | Pass |
| FIREARMS-M+P .45 IN-SERVICE ITERATION #1 | 6/17/2014 | Y | Pass |
| Firearms - S&W M&P 45 | 4/2/2013 | Y | Pass |
| CPR | 8/1/2011 | Y | Pass |
| CPR | 3/2/2011 | Y | Pass |
| CPR | 12/2/2008 | Y | Pass |
| Firearms - MP5 | 9/9/2008 | Y | Pass |
| Firearms - Sig P226 | 5/19/2008 | Y | Pass |
| CPR | 11/30/2007 | Y | Pass |
| Firearms - Night | 1/11/2007 | Y | |
| Firearms - Night | 5/9/2005 | Y | |
| DNC 2004-2 | 6/23/2004 | Y | |
| DNC-2004-1 | 5/4/2004 | Y | |
| CPR | 5/22/2003 | Y | |
| FIO | 5/22/2003 | Y | |
| Firearms | 5/21/2003 | Y | |
| Riot Control D | 4/1/2003 | Y | |
| MULTIPLE INTEGRATED SKILLS TRAINING (8 HRS) | 7/17/2001 | Y | |
| LIDAR OPERATOR CERTIFICATION (8 HRS) | 1/12/1999 | Y | |
| ADVANCED REID TECHNIQUE OF INTERVIEWS & INTERROGA | 10/23/1997 | Y | |
| REID TECHNIQUE OF CRIMINAL INTERVIEWS & INTERROGATI | 10/20/1997 | Y | |
| BASIC NARCOTICS (40 HRS) | 5/1/1995 | Y | |

| Inservice | Date | Attend | Pass/Fa |
|---|---|---|---|
| INTRODUCTION TO WINDOWS & WORD PERFECT 6.0 (16 HRS) | 12/6/1994 | Y | |
| LEAPS/CJIS TRAINING (8 HRS) | 3/17/1993 | Y | |
| BASIC ACCIDENT INVESTIGATION (80 HRS) | 3/9/1992 | Y | |
| ADVANCED ACCIDENT INVESTIGATION (40 HRS) | 4/23/1990 | Y | |
| CERTIFIED EMT MAST/MASS OFFICE OF EMERGENCY MEDIC | | Y | |
| | | | |
| Firearms - M14 Rifle | | | |
| Firearms - S&W M&P 15 Patrol Rifle | | | |
| Firearms - Remington 870 Shotgun | | | |
| Firearms - N.A.A. Guardian .32 | | | |
| Firearms - Sig P239 | | | |
| Firearms - Sig P226 | | | |

Inservice     Close