# Exhibit G

Pursuant to a Protective Order entered in this matter, an unredacted copy of this exhibit has been filed under seal with the Court.

# In The Matter Of:

*Damaris Justiniano, et al. v.*
*Stephen Walker, et al.*

*Stephen Walker*
*December 14, 2017*
*Confidential*

*68 Commercial Wharf • Boston, MA 02110*
*888.825.3376 - 617.399.0130*
*Global Coverage*
*court-reporting.com*



Original File Stephen Walker 12-14-17.txt
**Min-U-Script® with Word Index**