# Exhibit H



THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

MAURA HEALEY
ATTORNEY GENERAL

(617) 727-2200
www.mass.gov/ago

June 25, 2019

**VIA U.S. MAIL & E-MAIL**

Ilyas Rona, Esq.
Milligan Rona Duran & King LLC
50 Congress Street, Suite 600
Boston, Massachusetts 02109

RE: *Damaris Justiniano, as the Personal Representative of the Estate of Wilfredo Justiniano, Jr. v. Department of State Police, et al.* (Docket No. 1684CV00399)

Dear Attorney Rona:

In connection with the above-referenced matter, and in compliance with the Court's recent order on Plaintiff's motion to compel, enclosed for service please find documents being produced by Defendant Department of State Police Bates-labeled AGO000176-AGO000290. (Please note that Defendant has thoroughly reviewed its records and does not possess any Use of Force report authored by Trooper Walker for the June 14, 2013 incident that is at the center of this action; accordingly, no such document is contained within the pages being produced.)

Thank you for your attention to this matter.

Very truly yours,

Joseph P. Lucia
Assistant Attorney General

Enclosures (sent via U.S. mail and e-mail)

cc: Bernard Guekguezian, Esq. and Noah A. Rabin, Esq. (w/ encl.) (only by U.S. mail)
    Sean M. Ennis, Esq. (w/ encl.) (only by U.S. mail)
    James Barry, Esq. (w/ encl.) (only by U.S. mail)
    Sarah E. Carroll, Esq. (w/ encl.) (only by U.S. mail)