# Exhibit I



Ilyas Rona <ijr@mrdklaw.com>

---

## Reply brief

---

**Ilyas Rona** <ijr@mrdklaw.com>                                        Fri, Apr 13, 2018 at 2:50 PM
To: David Officer <David@davidofficerlaw.com>

That's fine. Monday is holiday FYI.

When the dust settles, however, I would like to talk to you about the few remaining discovery issues, namely Walker's hospitalization and personal injury case. I will also be seeking more from his personnel/disciplinary file in the consolidated state case. I am away next week but perhaps we can discuss these items on April 23rd. Let me know what time works for you.

Ilyas J. Rona, Esq.
**MILLIGAN RONA DURAN & KING** LLC
50 Congress Street, Suite 600
Boston, Massachusetts 02109
Main: (617) 395-9570 | Direct: (617) 395-9573



[mrdklaw.com](http://mrdklaw.com)

Confidentiality Notice: This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient we apologize for any inconvenience and ask that you inform me of the error by reply email or phone call, and delete all copies of the message and any attachments. Thank you.
[Quoted text hidden]