# Exhibit J



# Department of State Police
# General Order

| Effective Date | Number |
|---|---|
| **November 5, 2008** | **UOF-03** |

| Subject |
|---|
| **Reports** |

**Policy**   All incidents involving the use of force shall be documented.

**Definition**   *Reportable Incident*: Any:
- On duty discharge of any weapon outside of a training range specifically designed for that purpose;
- Off duty discharge of a Department weapon outside of a training range specifically designed for that purpose;
- Striking technique is used, which may include the use of issued equipment (baton, flashlight, PR-24NX), as well as hands, feet, elbows, or knees;
- OC Spray is used; or
- Use of force caused or is reported to have caused injury or death to another.

**Use of Force Reporting**   Any reportable incident, as defined above, shall be reported to the Station Desk Officer of jurisdiction and documented within the Daily Administrative Journal.

The involved member(s) shall:
- Submit a SP 376 Use of Force Report within twenty-four (24) hours of the incident, absent an injury, incapacitation, or other exigent circumstances.

**Review**   Supervisors shall:
- Ensure members submit a SP 376;
- Review every SP 376; and
- Forward reports to the Division Commander, through channels with findings and recommendations as to the necessity of further investigation of the incident.

The Troop Commander and/or Detective Captain of jurisdiction:
- Shall assign a commissioned officer to conduct an administrative review of the use of lethal force; or
- May assign a commissioned officer to conduct an administrative investigation of the use of less lethal force.

Continued next page.

| Subject | Number |
|---|---|
| **Reporting** | **UOF-03** |

**Review (Continued)**

Division Commanders shall:
- Forward a copy of the report to the Division of Standards and Training; and
- Forward a copy to the Use of Force Review Committee.

Division of Standards and Training Commander may:
- Provide a copy of each report involving the discharge of a firearm to the Director of Firearms Training.

**Use of Force Review Committee**

The Deputy Superintendent shall appoint members of the Use of Force Review Committee. The Use of Force Review Committee shall evaluate each use of force incident and forward their findings and recommendations to the Deputy Superintendent.

**Use of Force Review Committee Evaluation**

The Committee shall determine that the use of force was:
- Within Department guidelines; or
- Outside Department guidelines.

The Committee's evaluations and recommendations shall include:
- Tactics and training considerations;
- Supervision considerations;
- Department directives; and
- The need for further Department action.

Classifications of weapons discharge include:
- Intentional: deliberate discharge;
- Unintentional: when an officer does in fact depress the trigger and causes the firearm to discharge without consciously or deliberately willing to do so; or
- Accidental: restricted to the description of a mechanical flaw, shortcoming, or breakdown of a firearm that occurs from such causes as excessive wear, corrosion, mechanical design, or a part breakage, which would allow the weapon to discharge without the shooter depressing the trigger; and
- Other findings as necessary.

**Use of Force Reports Records**

The Committee shall maintain in the Deputy Superintendent's office, a secure file of all Use of Force Reports, investigations, and reviews.

**References**

SP 376 Use of Force Report

Promulgated By: