# Exhibit K

**In The Matter Of:**

*Damaris Justiniano, et al. v.*
*Stephen Walker, et al.*

*Joseph P. Durning*
*November 7, 2017*

*68 Commercial Wharf • Boston, MA 02110*
*888.825.3376 - 617.399.0130*
*Global Solutions*
*court-reporting.com*



Original File Joseph Durning 11-7-17.txt
**Min-U-Script® with Word Index**

```
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF MASSACHUSETTS
 3
 4   ------------------------------------x
     DAMARIS JUSTINIANO, as the
 5   Personal Representative of the
     Estate of WILFREDO JUSTINIANO, JR.,
 6                      Plaintiff
                                            Civil Action No.:
 7   vs.                                    1:15-cv-11587-NMG
 8   STEPHEN WALKER and TIMOTHY P.
     ALBEN
 9                      Defendants
     ------------------------------------x
10   _____
11          COMMONWEALTH OF MASSACHUSETTS
12   SUFFOLK, SS.                    SUPERIOR COURT DEPARTMENT
13
14   ------------------------------------x
     DAMARIS JUSTINIANO, as the
15   Personal Representative of the
     Estate of WILFREDO JUSTINIANO, JR.,
16                      Plaintiff
                                            Civil Action No.:
     vs.                                    16-00399
17
     DEPARTMENT OF STATE POLICE,
18                      Defendant
     ------------------------------------x
19
20          DEPOSITION OF JOSEPH P. DURNING, a witness
     called by and on behalf of the Plaintiff, taken
21   pursuant to applicable provisions of the Federal Rules
     of Civil Procedure, before Nicole E. Lavigne, a
22   Registered Professional Reporter and Notary Public in
     and for the Commonwealth of Massachusetts, at Eden,
23   Rafferty & Tetreau Law Firm, 238 Shrewsbury Street,
     Worcester, Massachusetts, on Tuesday, November 7,
24   2017, commencing at 1:04 p.m.
```

```
 1              A P P E A R A N C E S
 2
 3       ILYAS J. RONA, ESQUIRE
 4       Milligan Rona Duran & King LLC
 5       50 Congress Street, Suite 600
 6       Boston, Massachusetts  02109
 7       (617) 395-9570
 8       ijr@milliganrona.com
 9           Counsel for the Plaintiff
10
11       THOMAS V. DiGANGI, ESQUIRE
12       Assistant Attorney General
13       Office of the Attorney General
14       One Ashburton Place, Room 1813
15       Boston, Massachusetts  02108
16       tom.digangi@state.ma.us
17           Counsel for Defendant Department of State Police
18
19       DAVID J. OFFICER, ESQUIRE
20       David J. Officer, P.C.
21       17 Blackthorn Drive
22       Southborough, Massachusetts  01772
23       david@davidofficerlaw.com
24           Counsel for Defendant Stephen Walker
```

```
 1                    I N D E X
 2
 3   WITNESS                                    EXAMINATION
 4   JOSEPH P. DURNING
 5   (By Mr. Rona)                                        4
 6
 7
 8
 9
10
11                    E X H I B I T S
12   NO.                                               PAGE
13   Exhibit 1        Subpoena                           46
14   Exhibit 2        Photograph                         87
15   Exhibit 3        Photograph                         87
16   Exhibit 4        Photograph                         88
17   Exhibit 5        Statement                         139
18   Exhibit 6        Human Form Diagram                179
19
20         (Exhibits were retained by Attorney Rona.)
21
22
23
24
```

1     MR. OFFICER:  Objection.
2     THE WITNESS:  Logan Airport,
3  Massport.
4  Q.  (By Mr. Rona)  Okay.  So one of the assignments
5  that a state trooper can have is to patrol the airport,
6  Logan Airport area?
7  A.  Yes.
8  Q.  Okay.  And harass people who are trying to
9  double park waiting for their --
10 A.  That's --
11    MR. DiGANGI:  Objection.
12    MR. OFFICER:  Objection.
13    THE WITNESS:  That is -- that is
14 someone on detail.  That's not the --
15 Q.  (By Mr. Rona)  Okay.  But there is an
16 assignment -- a field assignment is Logan Airport?
17 A.  Yes.
18 Q.  Okay.  And is that considered a good position
19 or --
20    MR. OFFICER:  Objection.
21    MR. DiGANGI:  Objection.
22    THE WITNESS:  I think that's all
23 relative really.
24 Q.  (By Mr. Rona)  Okay.  You had said that you

```
 1    thought he might have been reassigned away from
 2    airport?
 3       A.   No.  He definitely was.  Did I say I thought
 4    because --
 5       Q.   He definitely was?
 6       A.   Oh, he definitely was, yes.
 7       Q.   And do you know why that would be -- and that
 8    was in connection with some form of discipline?
 9              MR. DiGANGI:  Objection.
10              THE WITNESS:  Yes.
11              MR. DiGANGI:  You can answer.
12       Q.   (By Mr. Rona)  And do you know why that -- what
13    discipline is being effectuated by reassigning --
14              MR. DiGANGI:  Objection.  You can
15         answer.
16       Q.   (By Mr. Rona)  -- an officer?
17              MR. OFFICER:  Objection.
18              THE WITNESS:  I don't know.
19       Q.   (By Mr. Rona)  Okay.  I just want to make sure I
20    understand.  It's not like they took away a plum
21    assignment from him?
22              MR. DiGANGI:  Objection.
23              MR. OFFICER:  Objection.
24              THE WITNESS:  Some people say it's a
```

```
 1          plum assignment, yes.
 2      Q.   (By Mr. Rona)  Okay.  Why do some people say
 3   that?
 4      A.   Because you have the opportunity to make a lot
 5   of money in overtime over there.
 6      Q.   So overtime through -- through the assignment at
 7   the airport?
 8      A.   Yes.
 9      Q.   Okay.  Not related to details or is it also
10   details?
11      A.   I guess it would be both.
12      Q.   Okay.  And you don't know why he was reassigned?
13               MR. OFFICER:  Objection.
14               THE WITNESS:  No idea.
15      Q.   (By Mr. Rona)  And if you -- can you be at the
16   Milton barracks and be assigned Logan Airport?
17      A.   No.
18      Q.   Okay.  What barracks handles Logan?
19      A.   It would be F troop.
20      Q.   Okay.  And what does F troop mean?
21      A.   It's exactly what it is, F troop.  It's -- I
22   work out of H troop.
23      Q.   Okay.
24      A.   And the substations in H troop is Foxborough,
```