# Exhibit M

Pursuant to a Protective Order entered in this matter, an unredacted copy of this exhibit has been filed under seal with the Court.