# Exhibit N



Ilyas Rona <ijr@mrdklaw.com>

## Discovery

**Ilyas Rona** <ijr@mrdklaw.com>  Thu, Aug 16, 2018 at 3:06 PM
To: "Lucia, Joseph (AGO)" <joseph.lucia@state.ma.us>
Cc: Kasey Emmons <kae@mrdklaw.com>

Joe,

Here are the emails that I found. I also drafted a joint motion back in February that is attached.

Please review these and let me know if you would agree to a 30(b)(6) on narrow topics as discussed.

Regards,

Ilyas J. Rona, Esq.
**MILLIGAN RONA DURAN & KING** LLC
50 Congress Street, Suite 600
Boston, Massachusetts 02109
Main: (617) 395-9570 | Direct: (617) 395-9573



mrdklaw.com

Confidentiality Notice: This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient we apologize for any inconvenience and ask that you inform me of the error by reply email or phone call, and delete all copies of the message and any attachments. Thank you.

---

**4 attachments**

 **Joint Mtn. to Amend Tracking Order v2.docx**
101K

 **Email String No 3.pdf**
154K

 **Email String No 2.pdf**
170K

 **Email String No 1.pdf**
167K