UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAMARIS JUSTINIANO, as the Personal Representative of the Estate of WILFREDO JUSTINIANO, Jr.,

*Plaintiff*,

v.

STEPHEN WALKER and TIMOTHY P. ALBEN,

*Defendants*.

Case No. 1:15-cv-11587-DLC

**PLAINTIFF'S NOTICE OF APPEAL FROM
DENIAL OF POST-JUDGMENT MOTION**

Pursuant to Fed. R. App. P. 3, Plaintiff Damaris Justiniano hereby appeals to the United States Court of Appeals for the First Circuit the District Court's Order dated September 30, 2019 (ECF No. 100) denying Plaintiff's Motion to Vacate Judgment Based on Newly Discovered Evidence (ECF No. 97), in which Order the District Court stated: "The pendency of the appeal deprives this Court of subject matter jurisdiction to act on these motions." (ECF No. 100.)

Respectfully submitted,

DAMARIS JUSTINIANO,
By her attorney,

Dated: October 1, 2019

/s/ Ilyas J. Rona
Ilyas J. Rona, Esq. (BBO# 642964)
MILLIGAN RONA DURAN & KING LLC
50 Congress Street, Suite 600
Boston, Massachusetts 02109
Tel. (617) 395-9570
ijr@mrdklaw.com

## **CERTIFICATE OF SERVICE**

    I, Ilyas J. Rona, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first class mail to any non-registered participants on the date below.

Dated: October 1, 2019           /s/ *Ilyas J. Rona*
                                               Ilyas J. Rona, Esq.