# United States Court of Appeals
## For the First Circuit

No. 19-1989

DAMARIS JUSTINIANO,
as the personal representative of the Estate of Wilfredo Justiniano, Jr.,

Plaintiff, Appellant,

v.

STEPHEN V. WALKER; TIMOTHY P. ALBEN,

Defendants, Appellees.

Before
Thompson, Selya, and Barron,
Circuit Judges.

**JUDGMENT**

Entered: October 24, 2019

We vacate, without prejudice, the district court's September 30, 2019 order denying the plaintiff's motion to vacate the judgment. The matter is remanded to the district court with instructions to construe the plaintiff's Rule 60 motion as a Rule 62.1 motion and proceed accordingly. The district court is directed to decide the matter within 60 days of the date of this judgment. No costs are awarded.

By the Court:

Maria R. Hamilton, Clerk

cc:
Ilyas J. Rona
Jin-Ho King
David J. Officer
Thomas Vincent DiGangi
Edmund V. Donnelly

Honorable Donald L. Cabell
Robert M. Farrell, Clerk (D. Mass)