# United States Court of Appeals
## For the First Circuit

No. 19-1989

DAMARIS JUSTINIANO, as the personal representative of the Estate of Wilfredo Justiniano, Jr.

Plaintiff - Appellant

v.

STEPHEN V. WALKER; TIMOTHY P. ALBEN

Defendants - Appellees

**MANDATE**

Entered: November 14, 2019

In accordance with the judgment of October 24, 2019, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Thomas Vincent DiGangi
Edmund V. Donnelly
Jin-Ho King
David J. Officer
Ilyas J. Rona